JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT ALVIN GARNER, JR. AND CHERYL GARNER,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. 2:21-CV-08034 ADS<br><br>**STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:  August 19, 2021 |

1  This matter came before the Court on a Joint Stipulation for Dismissal without
2  Prejudice filed by plaintiffs Robert Alvin Garner, Jr. and Cheryl Garner and defendant
3  Government Employees Insurance Company.  Consequently, this action is dismissed with
4  prejudice as to all defendants and all causes of action, with each side to bear its own costs,
5  expenses, and attorneys' fees.
6  IT IS SO ORDERED.

8  Dated:   May 16   , 2022

            /s/ Autumn D.Spaeth
            HON. AUTUMN D. SPAETH
            United States Magistrate Judge